443 A.2d 392

Commonwealth v. Lewis, Appellant.

Petition for Allowance of Appeal Denied Oct. 8, 1982.

Submitted September 11, 1980. Daniel M. Preminger, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

443 A.2d 393

Commonwealth v. Lowe, Appellant.

Submitted January 25, 1982. Stephen A. Seidel, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.